# Exhibit C

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOANNE CANNIZZARO,**<br>**10002 Stonington Circle**<br>**Woodway, TX 76712**<br><br>                **Plaintiff,**<br><br>    **vs.**<br><br>**ELI LILLY AND COMPANY, et al.,**<br>**Lilly Corporate Center**<br>**Indianapolis, IN 46285**<br><br>              **Defendants.** | CIVIL ACTION NO. _____<br><br>SUPERIOR COURT NO. 06-0005383 |

## DEFENDANT PHARMACIA AND UPJOHN COMPANY'S CONSENT TO REMOVAL

Defendant Pharmacia and Upjohn Company, with full reservation of any and all rights and defenses, hereby consents to removal of the above-captioned action, which was originally filed in the Superior Court of the District of Columbia (Case No. 06-0005383), to this Court.

*Elizabeth Ewert (by permission)*
*DCC*

Elizabeth Ewert
Michael J. McManus
Drinker Biddle & Reath, L.L.P.
1500 K Street NW, Suite 1100
Washington, DC 20005
Telephone: (202) 842-8800
Facsimile: (202) 842-8465

**ATTORNEYS FOR PHARMACIA AND**
**UPJOHN COMPANY**