# Exhibit D

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOANNE CANNIZZARO,<br>10002 Stonington Circle<br>Woodway, TX 76712<br><br>     Plaintiff,<br><br>vs.<br><br>ELI LILLY AND COMPANY, et al.,<br>Lilly Corporate Center<br>Indianapolis, IN 46285<br><br>     Defendants. | CIVIL ACTION NO. _____<br><br>SUPERIOR COURT NO. 06-0005383 |

## DEFENDANT DART INDUSTRIES, INC.'S CONSENT TO REMOVAL

Defendant Dart Industries, Inc., with full reservation of any and all rights and defenses, hereby consents to removal of the above-captioned action, which was originally filed in the Superior Court of the District of Columbia (Case No. 06-0005383), to this Court.

*John F. Anderson (by permission)*
*DCC*

John F. Anderson, DC Bar No. 393764
Troutman Sanders LLP
1660 International Drive, Suite 600
McLean, VA 22102
Telephone: (703) 734-4334
Facsimile: (703) 734-4340

**ATTORNEYS FOR DART INDUSTRIES, INC.**

132488v1