# Exhibit E

Case 1:06-cv-01349-RMU   Document 1-6   Filed 07/31/2006   Page 1 of 2

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOANNE CANNIZZARO,<br>10002 Stonington Circle<br>Woodway, TX 76712<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>ELI LILLY AND COMPANY, et al.,<br>Lilly Corporate Center<br>Indianapolis, IN 46285<br><br>　　　　　　　Defendants. | CIVIL ACTION NO. _____<br><br>SUPERIOR COURT NO. 06-0005383 |

**DEFENDANT PREMO PHARMACEUTICAL LABORATORIES, INC.'S
CONSENT TO REMOVAL**

Defendant Premo Pharmaceutical Laboratories, Inc., with full reservation of any and all rights and defenses, hereby consents to removal of the above-captioned action, which was originally filed in the Superior Court of the District of Columbia (Case No. 06-0005383), to this Court.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Aaron M. Bailey
　　　　　　　　　　　　　　　　Goodwin Procter, L.L.P.
　　　　　　　　　　　　　　　　901 New York Avenue, NW
　　　　　　　　　　　　　　　　Washington, DC 20001
　　　　　　　　　　　　　　　　Telephone: (202) 346-4000
　　　　　　　　　　　　　　　　Facsimile: (202) 346-4444

**ATTORNEYS FOR PREMO
PHARMACEUTICAL LABORATORIES,
INC.**

132490v1