# Exhibit G

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOANNE CANNIZZARO,<br>10002 Stonington Circle<br>Woodway, TX 76712<br><br>      Plaintiff,<br><br>vs.<br><br>ELI LILLY AND COMPANY, et al.,<br>Lilly Corporate Center<br>Indianapolis, IN 46285<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. _____<br>)<br>) SUPERIOR COURT NO. 06-0005383<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT ABBOTT LABORATORIES, INC.'S
<u>CONSENT TO REMOVAL</u>**

Defendant Abbott Laboratories, Inc., with full reservation of any and all rights and defenses, hereby consents to removal of the above-captioned action, which was originally filed in the Superior Court of the District of Columbia (Case No. 06-0005383), to this Court.

                _Jennifer G. Levy (by permission)_
                Jennifer Gardner Levy
                Kirkland & Ellis
                Civil Litigation
                655 15th Street, NW
                Washington, DC 20005-5793
                Telephone: (202) 879-5211
                Facsimile: (202) 879-5200

                **ATTORNEYS FOR
                ABBOTT LABORATORIES, INC.**

132491v1