# Exhibit H

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOANNE CANNIZZARO,<br>10002 Stonington Circle<br>Woodway, TX 76712<br><br>     Plaintiff,<br><br>vs.<br><br>ELI LILLY AND COMPANY, et al.,<br>Lilly Corporate Center<br>Indianapolis, IN 46285<br><br>     Defendants. | CIVIL ACTION NO. _____<br><br>SUPERIOR COURT NO. 06-0005383 |

## DEFENDANT ELAN PHARMACEUTICALS'
## CONSENT TO REMOVAL

Defendant Elan Pharmaceuticals, with full reservation of any and all rights and defenses, hereby consents to removal of the above-captioned action, which was originally filed in the Superior Court of the District of Columbia (Case No. 06-0005383), to this Court.

*Harold M. Walter* (by permission)
Harold M. Walter
TYDINGS & ROSENBERG, LLP
100 East Pratt Street, Suite 2600
Baltimore, MD 21202
Telephone: (410) 752-9720

**ATTORNEYS FOR
ELAN PHARMACEUTICALS**

132494v1