# Exhibit I

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOANNE CANNIZZARO,<br>10002 Stonington Circle<br>Woodway, TX 76712<br><br>                Plaintiff,<br><br>vs.<br><br>ELI LILLY AND COMPANY, et al.,<br>Lilly Corporate Center<br>Indianapolis, IN 46285<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. _____<br>)<br>)  SUPERIOR COURT NO. 06-0005383<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT ORTHO-MCNEIL PHARMACEUTICAL, INC.'S
<u>CONSENT TO REMOVAL</u>**

Defendant Ortho-McNeil Pharmaceutical, Inc., incorrectly named herein as Ortho McNeil Labs, Inc., with full reservation of any and all rights and defenses, hereby consents to removal of the above-captioned action, which was originally filed in the Superior Court of the District of Columbia (Case No. 06-0005383), to this Court.

*Elizabeth Ewert (by permission)*
                                   /CC
Elizabeth Ewert
Michael J. McManus
Drinker Biddle & Reath, L.L.P.
1500 K Street NW, Suite 1100
Washington, DC 20005
Telephone: (202) 842-8800
Facsimile: (202) 842-8465

**ATTORNEYS FOR ORTHO-MCNEIL
PHARMACEUTICAL, INC.**

132487v1