# Exhibit J

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| JOANNE CANNIZZARO<br>10002 Stonington Circle<br>Woodway, TX 76712<br><br>Plaintiff,<br><br>vs.<br><br>ELI LILLY AND COMPANY<br>Lilly Corporate Center<br>Indianapolis, IN 46285<br><br>and<br><br>BRISTOL-MYERS SQUIBB COMPANY<br>a successor of E.R. SQUIBB & SONS, INC.<br>P. O. Box 4500<br>Princeton, NJ 08543<br><br>and<br><br>PHARMACIA and UPJOHN COMPANY<br>(a/k/a THE UPJOHN COMPANY)<br>100 Route 206 North<br>Peapack, NJ 07977<br><br>and<br><br>DART INDUSTRIES, INC., a successor to<br>REXALL DRUG COMPANY, INC.<br>w/s/o Sheila AnnMarie Moeller, Esq.<br>Gilbride, Tusa, Last & Spellane, LLC<br>31 Brookside Drive<br>Greenwich, CT 06836<br><br>and<br><br>GLAXOSMITHKLINE, INC.,<br>a successor to S.E. Massengill and<br>Burroughs-Wellcome Co.,<br>1500 K Street, NW<br>Washington, D.C. 20036 | SUPERIOR COURT NO. 06-0005383<br><br>NOTICE OF REMOVAL TO<br>FEDERAL COURT |

2046775v1

| | |
|---|---|
| and | ) |
| | ) |
| PREMO PHARMACEUTICAL | ) |
| LABORATORIES, INC. | ) |
| w/s/o Corporation Trust Co. | ) |
| 820 Bear Tavern Road | ) |
| West Trenton, NJ 08628 | ) |
| | ) |
| and | ) |
| | ) |
| PERSON & COVEY, INC. | ) |
| 616 Allen Avenue | ) |
| Glendale, CA 91221 | ) |
| | ) |
| and | ) |
| | ) |
| MERCK & COMPANY, INC. | ) |
| P. O. Box 4 | ) |
| West Point, PA 19486 | ) |
| | ) |
| and | ) |
| | ) |
| ABBOTT LABORATORIES, INC. | ) |
| 100 Abbott Park Road | ) |
| Abbott Park, IL 60064 | ) |
| | ) |
| and | ) |
| | ) |
| ELAN PHARMACEUTICALS, | ) |
| A successor to CARNRICK | ) |
| LABORATORIES, INC., | ) |
| w/s/o CT Corporation | ) |
| 1025 Vermont Avenue, NW | ) |
| Washington, DC 20005 | ) |
| | ) |
| and | ) |
| | ) |
| ORTHO MCNEIL LABS, INC. | ) |
| Camp Hill Road | ) |
| Ft. Washington, PA 19034 | ) |
| | ) |
| Defendants. | ) |
| | ) |
| _____ | ) |

2046775v1

## NOTICE OF REMOVAL TO FEDERAL COURT

TO:   THE CLERK OF THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA, CIVIL DIVISION

PLEASE TAKE NOTICE that on the 31st day of July, 2006, defendant Eli Lilly and Company filed in the United States District Court for the District of Columbia, a Notice of Removal of the above-styled action. A true and accurate copy of such Notice of Removal is attached hereto as Exhibit "1" and is incorporated herein by reference.

Pursuant to 28 U.S.C. § 1446(d), the filing of the attached Notice of Removal has effected the removal of the above-styled action, and the Superior Court of the District of Columbia, Civil Division, should proceed no further unless and until this case is remanded.

Respectfully submitted,

*/s/ John Chadwick Coots*

Michelle R. Mangrum, D.C. Bar No. 473634
John Chadwick Coots, D.C. Bar No. 461979
Emily J. Laird, D.C. Bar No. 485890
SHOOK, HARDY & BACON L.L.P.
600 14th Street, N.W., Suite 800
Washington, DC 20005-2004
Phone: (202) 783-8400; Fax: (202) 783-4211

and

David W. Brooks
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108
Phone: (816) 474-6550; Fax: (816) 421-5547

**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**

3

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 31st day of July, 2006, a true and accurate copy of the foregoing has been furnished by first-class U.S. Mail, postage prepaid, to all counsel of record listed below.

Aaron M. Levine
Aaron M. Levine & Associates
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036

**Attorneys for Plaintiff**

Sidney G. Leech
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD 21202

**Attorneys for Bristol Myers Squibb Company**

Elizabeth Ewert
Drinker Biddle & Reath, LLP
1500 K Street NW, Suite 1100
Washington, DC 20005

**Attorneys for Merck & Company, Pharmacia and Upjohn Company and Ortho-McNeil Pharmaceuticals, Inc.**

John F. Anderson
Troutman Sanders, LLP
1660 International Drive, Suite 600
McLean, VA 22102

**Attorneys for Dart Industries, Inc.**

Janet K. Coleman
Daniel Whitney
Whitney & Bogris, LLP
401 Washington Avenue, 12th Floor
Towson, MD 21204

**Attorneys for GlaxoSmithKline, Inc.**

Aaron M. Bailey
Goodwin & Proctor, LLP
901 New York Avenue, NW, Suite 900
Washington, D.C. 20001

**Attorneys for Premo Pharmaceutical Laboratories, Inc.**

Sean C.E. McDonough
David D. Hudgins
Hudgins Law Firm
515 King Street, Suite 400
Alexandria, VA 22314

**Attorneys for Person & Covey, Inc.**

Jennifer G. Levy
Kirkland & Ellis, LLP
655 Fifteenth Street NW, Suite 1200
Washington, DC 20005-5793

**Attorneys for Abbott Laboratories, Inc.**

Harold M. Walter
Tydings & Rosenberg, LLP
100 East Pratt Street, Suite 2600
Baltimore, MD 21202

**Attorneys for Elan Pharmaceuticals**

GlaxoSmithKline, Inc.,
a successor to S.E. Massengill and
Burroughs-Wellcome Co.,
1500 K Street, NW
Washington, D.C. 20036

**Defendant**

4

Person & Covey, Inc.
616 Allen Avenue
Glendale, CA  91221

**Defendant**

Elan Pharmaceuticals,
a successor to Carnrick Laboratories, Inc.,
c/o CT Corporation
1025 Vermont Avenue, NW
Washington, DC 20005

**Defendant**

*/s/ John Chadwick Coots*
**ATTORNEY FOR DEFENDANT
ELI LILLY AND COMPANY**

2046775v1

5