## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOANNE CANNIZZARO,                          )
                                            )
    Plaintiff,                          )
                                            )
        vs.                        )   CIVIL ACTION_____
                                            )
ELI LILLY AND COMPANY, et al.,              )   SUPERIOR COURT NO.   06-0005383
                                            )
    Defendants.                         )

### DEFENDANT ELI LILLY AND COMPANY'S DISCLOSURE
### OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Defendant Eli Lilly and Company, certify that to the best of my knowledge and belief, Eli Lilly and Company has no parent companies, subsidiaries, or affiliates that have any outstanding securities in the hands of the public. These representations are made in order that judges of this Court may determine the need for recusal.

Dated:  July 31, 2006

                                          Respectfully submitted,

                                          _____

Michelle R. Mangrum, D.C. Bar No. 473634
John Chadwick Coots, D.C. Bar No. 461979
Emily J. Laird, D.C. Bar No. 485890
SHOOK, HARDY & BACON L.L.P.
600 14th Street, N.W., Suite 800
Washington, DC  20005-2004
Phone:  (202) 783-8400; Fax: (202) 783-4211

and

David W. Brooks
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108
Phone: (816) 474-6550; Fax: (816) 421-5547

**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of July, 2006, a true and accurate copy of the foregoing has been furnished by first-class U.S. Mail, postage prepaid, to all counsel of record listed below.

Aaron M. Levine
Aaron M. Levine & Associates
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036

**Attorneys for Plaintiff**

Aaron M. Bailey
Goodwin & Proctor, LLP
901 New York Avenue, NW, Suite 900
Washington, D.C. 20001

**Attorneys for Premo Pharmaceutical
Laboratories, Inc.**

Sidney G. Leech
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD 21202

**Attorneys for Bristol Myers Squibb
Company**

Sean C.E. McDonough
David D. Hudgins
Hudgins Law Firm
515 King Street, Suite 400
Alexandria, VA 22314

**Attorneys for Person & Covey, Inc.**

Elizabeth Ewert
Drinker Biddle & Reath, LLP
1500 K Street NW, Suite 1100
Washington, DC 20005

**Attorneys for Merck & Company,
Pharmacia and Upjohn Company and
Ortho-McNeil Pharmaceuticals, Inc.**

Jennifer G. Levy
Kirkland & Ellis, LLP
655 Fifteenth Street NW, Suite 1200
Washington, DC 20005-5793

**Attorneys for Abbott Laboratories, Inc.**

2046837v1

John F. Anderson
Troutman Sanders, LLP
1660 International Drive, Suite 600
McLean, VA  22102

**Attorneys for Dart Industries, Inc.**

Janet K. Coleman
Daniel Whitney
Whitney & Bogris, LLP
401 Washington Avenue, 12th Floor
Towson, MD  21204

**Attorneys for GlaxoSmithKline, Inc.**

Person & Covey, Inc.
616 Allen Avenue
Glendale, CA  91221

**Defendant**

Harold M. Walter
Tydings & Rosenberg, LLP
100 East Pratt Street, Suite 2600
Baltimore, MD  21202

**Attorneys for Elan Pharmaceuticals**

GlaxoSmithKline, Inc.,
a successor to S.E. Massengill and
Burroughs-Wellcome Co.,
1500 K Street, NW
Washington, D.C.  20036

**Defendant**

Elan Pharmaceuticals,
a successor to Carnrick Laboratories, Inc.,
c/o CT Corporation
1025 Vermont Avenue, NW
Washington, DC 20005

**Defendant**

**ATTORNEY FOR DEFENDANT
ELI LILLY AND COMPANY**