IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOANNE CANNIZZARO<br>10002 Stonington Circle<br>Woodway, TX 76712<br><br>Plaintiff,<br><br>vs.<br><br>ELI LILLY AND COMPANY<br>Lilly Corporate Center<br>Indianapolis, IN 46285<br><br>and<br><br>BRISTOL-MYERS SQUIBB COMPANY<br>a successor of E.R. SQUIBB & SONS, INC.<br>P. O. Box 4500<br>Princeton, NJ 08543<br><br>and<br><br>PHARMACIA and UPJOHN COMPANY<br>(a/k/a THE UPJOHN COMPANY)<br>100 Route 206 North<br>Peapack, NJ 07977<br><br>and<br><br>DART INDUSTRIES, INC., a successor to<br>REXALL DRUG COMPANY, INC.<br>w/s/o Sheila AnnMarie Moeller, Esq.<br>Gilbride, Tusa, Last & Spellane, LLC<br>31 Brookside Drive<br>Greenwich, CT 06836<br><br>and<br><br>GLAXOSMITHKLINE, INC.,<br>a successor to S.E. Massengill and<br>Burroughs-Wellcome Co.,<br>1500 K Street, NW<br>Washington, D.C. 20036 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 1:06cv1349-JDB<br><br><br><br>NOTICE OF APPEARANCE |

1

132793v1

|  |  |
|---|---|
| and | ) |
|  | ) |
| PREMO PHARMACEUTICAL | ) |
| LABORATORIES, INC. | ) |
| w/s/o Corporation Trust Co. | ) |
| 820 Bear Tavern Road | ) |
| West Trenton, NJ 08628 | ) |
|  | ) |
| and | ) |
|  | ) |
| PERSON & COVEY, INC. | ) |
| 616 Allen Avenue | ) |
| Glendale, CA  91221 | ) |
|  | ) |
| and | ) |
|  | ) |
| MERCK & COMPANY, INC. | ) |
| P. O. Box 4 | ) |
| West Point, PA  19486 | ) |
|  | ) |
| and | ) |
|  | ) |
| ABBOTT LABORATORIES, INC. | ) |
| 100 Abbott Park Road | ) |
| Abbott Park, IL  60064 | ) |
|  | ) |
| and | ) |
|  | ) |
| ELAN PHARMACEUTICALS, | ) |
| A successor to CARNRICK | ) |
| LABORATORIES, INC., | ) |
| w/s/o CT Corporation | ) |
| 1025 Vermont Avenue, NW | ) |
| Washington, DC 20005 | ) |
|  | ) |
| and | ) |
|  | ) |
| ORTHO MCNEIL LABS, INC. | ) |
| Camp Hill Road | ) |
| Ft. Washington, PA  19034 | ) |
|  | ) |
|         Defendants. | ) |
|  | ) |

2

132793v1

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.6, please enter the appearance of Michelle R. Mangrum as counsel for Defendant Eli Lilly and Company in the above-captioned matter.

Dated: August 2, 2006

Respectfully Submitted,

SHOOK, HARDY & BACON, L.L.P.

___/s/ Michelle R. Mangrum_____
Michelle R. Mangrum, DC Bar No. 473634
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004
(202) 783-8400 Telephone
(202) 783-4211 Facsimile

**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**

132793v1

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 2nd day of August, 2006, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron M. Levine & Associates
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036

**Attorneys for Plaintiff**

Sidney G. Leech
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD 21202

**Attorneys for Bristol Myers Squibb Company**

Elizabeth Ewert
Drinker Biddle & Reath, LLP
1500 K Street NW, Suite 1100
Washington, DC 20005

**Attorneys for Merck & Company, Pharmacia and Upjohn Company and Ortho-McNeil Pharmaceuticals, Inc.**

John F. Anderson
Troutman Sanders, LLP
1660 International Drive, Suite 600
McLean, VA 22102

**Attorneys for Dart Industries, Inc.**

Janet K. Coleman
Daniel Whitney
Whitney & Bogris, LLP
401 Washington Avenue, 12th Floor
Towson, MD 21204

**Attorneys for GlaxoSmithKline, Inc.**

Aaron M. Bailey
Goodwin & Proctor, LLP
901 New York Avenue, NW, Suite 900
Washington, D.C. 20001

**Attorneys for Premo Pharmaceutical Laboratories, Inc.**

Sean C.E. McDonough
David D. Hudgins
Hudgins Law Firm
515 King Street, Suite 400
Alexandria, VA 22314

**Attorneys for Person & Covey, Inc.**

Jennifer G. Levy
Kirkland & Ellis, LLP
655 Fifteenth Street NW, Suite 1200
Washington, DC 20005-5793

**Attorneys for Abbott Laboratories, Inc.**

Harold M. Walter
Tydings & Rosenberg, LLP
100 East Pratt Street, Suite 2600
Baltimore, MD 21202

**Attorneys for Elan Pharmaceuticals**

GlaxoSmithKline, Inc.,
a successor to S.E. Massengill and
Burroughs-Wellcome Co.,
1500 K Street, NW
Washington, D.C. 20036

**Defendant**

132793v1

Person & Covey, Inc.
616 Allen Avenue
Glendale, CA 91221

**Defendant**

Elan Pharmaceuticals,
a successor to Carnrick Laboratories, Inc.,
c/o CT Corporation
1025 Vermont Avenue, NW
Washington, DC 20005

**Defendant**

_____/s/ Michelle R. Mangrum_____
**ATTORNEY FOR DEFENDANT
ELI LILLY AND COMPANY**