IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOANNE CANNIZZARO                         )
10002 Stonington Circle                   )
Woodway, TX  76712                        )
                                          )
            Plaintiff,                     )
                                          )
vs.                                       )
                                          )
ELI LILLY AND COMPANY                     )    CIVIL ACTION NO. 1:06cv1349-JDB
Lilly Corporate Center                    )
Indianapolis, IN  46285                   )
                                          )
and                                       )    NOTICE OF APPEARANCE
                                          )
BRISTOL-MYERS SQUIBB COMPANY              )
a successor of E.R. SQUIBB & SONS, INC.   )
P. O. Box 4500                            )
Princeton, NJ  08543                      )
                                          )
and                                       )
                                          )
PHARMACIA and UPJOHN COMPANY              )
(a/k/a THE UPJOHN COMPANY)                )
100 Route 206 North                       )
Peapack, NJ  07977                        )
                                          )
and                                       )
                                          )
DART INDUSTRIES, INC., a successor to     )
REXALL DRUG COMPANY, INC.                 )
w/s/o Sheila AnnMarie Moeller, Esq.       )
Gilbride, Tusa, Last & Spellane, LLC      )
31 Brookside Drive                        )
Greenwich, CT 06836                       )
                                          )
and                                       )
                                          )
GLAXOSMITHKLINE, INC.,                    )
a successor to S.E. Massengill and        )
Burroughs-Wellcome Co.,                   )
1500 K Street, NW                         )
Washington, D.C.  20036                   )

1

132795v1

and                                              )
                                                 )
                                                 )
**PREMO PHARMACEUTICAL**                          )
**LABORATORIES, INC.**                            )
w/s/o Corporation Trust Co.                       )
**820 Bear Tavern Road**                          )
**West Trenton, NJ 08628**                        )
                                                 )
and                                              )
                                                 )
**PERSON & COVEY, INC.**                          )
**616 Allen Avenue**                              )
**Glendale, CA  91221**                           )
                                                 )
and                                              )
                                                 )
**MERCK & COMPANY, INC.**                         )
**P. O. Box 4**                                   )
**West Point, PA  19486**                         )
                                                 )
and                                              )
                                                 )
**ABBOTT LABORATORIES, INC.**                     )
**100 Abbott Park Road**                          )
**Abbott Park, IL  60064**                        )
                                                 )
and                                              )
                                                 )
**ELAN PHARMACEUTICALS,**                         )
**A successor to CARNRICK**                       )
**LABORATORIES, INC.,**                           )
w/s/o CT Corporation                             )
**1025 Vermont Avenue, NW**                       )
**Washington, DC 20005**                          )
                                                 )
and                                              )
                                                 )
**ORTHO MCNEIL LABS, INC.**                       )
**Camp Hill Road**                                )
**Ft. Washington, PA  19034**                     )
                                                 )
            **Defendants.**                        )
                                                 )
_____   )

2

132795v1

## <u>NOTICE OF APPEARANCE</u>

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.6, please enter the appearance of John Chadwick Coots as

counsel for Defendant Eli Lilly and Company in the above-captioned matter.


Dated:  August 2, 2006                    Respectfully Submitted,

                                          SHOOK, HARDY & BACON, L.L.P.

                                          ___/s/ John Chadwick Coots_____
                                          John Chadwick Coots, DC Bar No. 461979
                                          600 14th Street, N.W., Suite 800
                                          Washington, D.C. 20005-2004
                                          (202) 783-8400 Telephone
                                          (202) 783-4211 Facsimile

                                          **ATTORNEYS FOR DEFENDANT
                                          ELI LILLY AND COMPANY**

132795v1

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 2nd day of August, 2006, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron M. Levine & Associates
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036

**Attorneys for Plaintiff**

Aaron M. Bailey
Goodwin & Proctor, LLP
901 New York Avenue, NW, Suite 900
Washington, D.C. 20001

**Attorneys for Premo Pharmaceutical Laboratories, Inc.**

Sidney G. Leech
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD 21202

**Attorneys for Bristol Myers Squibb Company**

Sean C.E. McDonough
David D. Hudgins
Hudgins Law Firm
515 King Street, Suite 400
Alexandria, VA 22314

**Attorneys for Person & Covey, Inc.**

Elizabeth Ewert
Drinker Biddle & Reath, LLP
1500 K Street NW, Suite 1100
Washington, DC 20005

**Attorneys for Merck & Company, Pharmacia and Upjohn Company and Ortho-McNeil Pharmaceuticals, Inc.**

Jennifer G. Levy
Kirkland & Ellis, LLP
655 Fifteenth Street NW, Suite 1200
Washington, DC 20005-5793

**Attorneys for Abbott Laboratories, Inc.**

John F. Anderson
Troutman Sanders, LLP
1660 International Drive, Suite 600
McLean, VA 22102

**Attorneys for Dart Industries, Inc.**

Harold M. Walter
Tydings & Rosenberg, LLP
100 East Pratt Street, Suite 2600
Baltimore, MD 21202

**Attorneys for Elan Pharmaceuticals**

Janet K. Coleman
Daniel Whitney
Whitney & Bogris, LLP
401 Washington Avenue, 12th Floor
Towson, MD 21204

**Attorneys for GlaxoSmithKline, Inc.**

GlaxoSmithKline, Inc.,
a successor to S.E. Massengill and
Burroughs-Wellcome Co.,
1500 K Street, NW
Washington, D.C. 20036

**Defendant**

4

Person & Covey, Inc.
616 Allen Avenue
Glendale, CA  91221

**Defendant**

Elan Pharmaceuticals,
a successor to Carnrick Laboratories, Inc.,
c/o CT Corporation
1025 Vermont Avenue, NW
Washington, DC 20005

**Defendant**

     /s/ John Chadwick Coots
**ATTORNEY FOR DEFENDANT
ELI LILLY AND COMPANY**

5