IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOANNE CANNIZZARO ) <br> 10002 Stonington Circle ) <br> Woodway, TX 76712 ) <br>   ) <br>   Plaintiff, ) <br>   ) <br>   vs. ) <br>   ) <br> ELI LILLY AND COMPANY ) <br> Lilly Corporate Center ) <br> Indianapolis, IN 46285 ) <br>   ) <br> and ) <br>   ) <br> BRISTOL-MYERS SQUIBB COMPANY ) <br> a successor of E.R. SQUIBB & SONS, INC. ) <br> P. O. Box 4500 ) <br> Princeton, NJ 08543 ) <br>   ) <br> and ) <br>   ) <br> PHARMACIA and UPJOHN COMPANY ) <br> (a/k/a THE UPJOHN COMPANY) ) <br> 100 Route 206 North ) <br> Peapack, NJ 07977 ) <br>   ) <br> and ) <br>   ) <br> DART INDUSTRIES, INC., a successor to ) <br> REXALL DRUG COMPANY, INC. ) <br> w/s/o Sheila AnnMarie Moeller, Esq. ) <br> Gilbride, Tusa, Last & Spellane, LLC ) <br> 31 Brookside Drive ) <br> Greenwich, CT 06836 ) <br>   ) <br> and ) <br>   ) <br> GLAXOSMITHKLINE, INC., ) <br> a successor to S.E. Massengill and ) <br> Burroughs-Wellcome Co., ) <br> 1500 K Street, NW ) <br> Washington, D.C.  20036 ) | CIVIL ACTION NO. 1:06cv1349-JDB <br><br> NOTICE OF APPEARANCE |

1

| | |
|---|---|
| and | ) |
| | ) |
| **PREMO PHARMACEUTICAL** | ) |
| **LABORATORIES, INC.** | ) |
| w/s/o Corporation Trust Co. | ) |
| 820 Bear Tavern Road | ) |
| West Trenton, NJ 08628 | ) |
| | ) |
| and | ) |
| | ) |
| **PERSON & COVEY, INC.** | ) |
| 616 Allen Avenue | ) |
| Glendale, CA  91221 | ) |
| | ) |
| and | ) |
| | ) |
| **MERCK & COMPANY, INC.** | ) |
| P. O. Box 4 | ) |
| West Point, PA  19486 | ) |
| | ) |
| and | ) |
| | ) |
| **ABBOTT LABORATORIES, INC.** | ) |
| 100 Abbott Park Road | ) |
| Abbott Park, IL  60064 | ) |
| | ) |
| and | ) |
| | ) |
| **ELAN PHARMACEUTICALS,** | ) |
| A successor to CARNRICK | ) |
| LABORATORIES, INC., | ) |
| w/s/o CT Corporation | ) |
| 1025 Vermont Avenue, NW | ) |
| Washington, DC 20005 | ) |
| | ) |
| and | ) |
| | ) |
| **ORTHO MCNEIL LABS, INC.** | ) |
| Camp Hill Road | ) |
| Ft. Washington, PA  19034 | ) |
| | ) |
|         **Defendants.** | ) |
| _____ | ) |

2

132796v1

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.6, please enter the appearance of Emily J. Laird as counsel for Defendant Eli Lilly and Company in the above-captioned matter.

Dated:  August 2, 2006

Respectfully Submitted,

SHOOK, HARDY & BACON, L.L.P.

 /s/ Emily J. Laird
Emily J. Laird, DC Bar No. 485890
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004
(202) 783-8400 Telephone
(202) 783-4211 Facsimile

**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**

132796v1

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 2nd day of August, 2006, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron M. Levine & Associates
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036

**Attorneys for Plaintiff**

Sidney G. Leech
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD 21202

**Attorneys for Bristol Myers Squibb Company**

Elizabeth Ewert
Drinker Biddle & Reath, LLP
1500 K Street NW, Suite 1100
Washington, DC 20005

**Attorneys for Merck & Company, Pharmacia and Upjohn Company and Ortho-McNeil Pharmaceuticals, Inc.**

John F. Anderson
Troutman Sanders, LLP
1660 International Drive, Suite 600
McLean, VA 22102

**Attorneys for Dart Industries, Inc.**

Janet K. Coleman
Daniel Whitney
Whitney & Bogris, LLP
401 Washington Avenue, 12th Floor
Towson, MD 21204

**Attorneys for GlaxoSmithKline, Inc.**

Aaron M. Bailey
Goodwin & Proctor, LLP
901 New York Avenue, NW, Suite 900
Washington, D.C. 20001

**Attorneys for Premo Pharmaceutical Laboratories, Inc.**

Sean C.E. McDonough
David D. Hudgins
Hudgins Law Firm
515 King Street, Suite 400
Alexandria, VA 22314

**Attorneys for Person & Covey, Inc.**

Jennifer G. Levy
Kirkland & Ellis, LLP
655 Fifteenth Street NW, Suite 1200
Washington, DC 20005-5793

**Attorneys for Abbott Laboratories, Inc.**

Harold M. Walter
Tydings & Rosenberg, LLP
100 East Pratt Street, Suite 2600
Baltimore, MD 21202

**Attorneys for Elan Pharmaceuticals**

GlaxoSmithKline, Inc.,
a successor to S.E. Massengill and
Burroughs-Wellcome Co.,
1500 K Street, NW
Washington, D.C. 20036

**Defendant**

4

132796v1

| | |
|---|---|
| Person & Covey, Inc.<br>616 Allen Avenue<br>Glendale, CA 91221<br><br>**Defendant** | Elan Pharmaceuticals,<br>a successor to Carnrick Laboratories, Inc.,<br>c/o CT Corporation<br>1025 Vermont Avenue, NW<br>Washington, DC 20005<br><br>**Defendant** |

                                                              /s/ Emily J. Laird
**ATTORNEY FOR DEFENDANT**
**ELI LILLY AND COMPANY**

132796v1