IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOANNE CANNIZZARO, | ) |
| *Plaintiff,* | ) ) ) ) Case No. 1:06CV01349 (JDB) |
| v. | ) ) |
| ELI LILLY AND COMPANY, *et al.,* | ) ) |
| *Defendants.* | ) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Michael J. McManus and Elizabeth Ewert as counsel in this case for Defendant Pharmacia & Upjohn Company LLC.

I certify that the above-named counsel are admitted to practice in this court.

        Respectfully submitted,

        By: /s/Elizabeth Ewert
        Michael McManus (#262832)
        Elizabeth Ewert (#479368)
        DRINKER BIDDLE & REATH LLP
        1500 K Street, N.W., Suite 1100
        Washington, D.C. 20005-1209
        Telephone: 202/842-8800
        Telecopier: 202/842-8465
        *Attorneys for Pharmacia & Upjohn Company LLC*

Dated: August 3, 2006

DC\574057\1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of August, 2006, a copy of the above and foregoing **Notice of Appearance** was filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case.

/s/ Elizabeth Ewert
Elizabeth Ewert

DC\574057\1