IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOANNE CANNIZZARO,        ] | |
|        Plaintiff,        ] | |
| v.        ] | Civil Action No.: 06-1349 (JDB) |
|         ] | Next Event: |
| ELI LILLY AND COMPANY, et al.,        ] | |
|        Defendants.        ] | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Renee L. Robinson-Meyer of AARON M. LEVINE & ASSOCIATES as counsel for plaintiff JOANNE CANNIZZARO in the above-referenced matter.

                                          Respectfully submitted,

                                          AARON M. LEVINE & ASSOCIATES


                                          /s/ Renee L. Robinson-Meyer
                                         RENEE L. ROBINSON-MEYER, #455375
                                         1320 19th Street, N.W., Suite 500
                                         Washington, DC  20036
                                         202-833-8040
                                         Fax: 202-833-8046