IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOANNE CANNIZZARO | * | |
|     Plaintiff | * | Case No.: 1:06CV-01349<br>Judge: John D. Bates |
| v. | * | |
| ELI LILLY & COMPANY, et al. | * | |
|     Defendants | * | |

\* \* \* \* \* \* \* \* \*

**DEFENDANT BRISTOL-MYERS SQUIBB COMPANY'S
CERTIFICATE REQUIRED BY RULE 7.1 OF THE LOCAL RULES**

I, the undersigned, counsel of record for Bristol-Myers Squibb Company ("BMS"), certify that to the best of my knowledge and belief, BMS has no parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

This representation is made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

/s/
Sidney G. Leech (D.C. Bar No. 359071)
Malcolm S. Brisker (D.C. Bar No. 472101)
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
(410) 783-4000
*Attorneys for Defendant,*
*Bristol-Myers Squibb Company*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of August, 2006, a copy of Bristol-Myers Squibb Company's Certificate Required by Rule 7.1 of the Local Rules was mailed first-class, postage prepaid, to:

Aaron M. Levine, Esquire
Aaron M. Levine & Associates, P.A.
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036; *Attorney for Plaintiffs*

Michelle R. Mangrum, Esquire
John Chadwick Coots, Esquire
Emily J. Laird, Esquire
Shook, Hardy & Bacon, LLP
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004

David W. Brooks, Esquire
Shook, Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, Missouri 64108 ; *Attorneys for Eli Lilly and Company*

Elizabeth Ewert, Esquire
Drinker, Biddle Reath, LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005-1209; *Attorneys for Defendants Pharmacia and Upjohn Company; Merck & Company; Ortho-McNeil Pharmaceuticals, Inc.*

John F. Anderson, Esquire
Troutman Sanders, LLP
1660 International Drive
Suite 600, Tysons Corner
McLean, Virginia 22102; *Attorneys for Dart Industries, Inc.*

Aaron M. Bailey, Esquire
Goodwin Proctor, LLP
911 New York Avenue, Suite 900
Washington, D.C. 20001 ; *Attorneys for Premo Pharmaceutical Laboratories, Inc.*

Jennifer Gardner Levy, Esquire
Kirkland & Ellis
655 15th Street, N.W.
Washington, D.C. 20005-5793; *Attorneys for Abbott Laboratories, Inc.*

Harold M. Walter, Esquire
Tydings & Rosenberg, LLP
100 East Pratt Street, Suite 2600
Baltimore, Maryland 21202; *Attorneys for Elan Pharmaceuticals*

Janet K. Coleman, Esquire
Whitney & Bogris, LLP
401 Washington Avenue, 12th Floor
Towson, Maryland 21204; *Attorneys for GlaxoSmithKline, Inc.*

David D. Hudgins, Esquire
Hudgins Law Firm
515 King Street, Suite 400
Alexandria, Virginia 22314; *Attorneys for Person & Covey, Inc.*

 

 

                                        /s/
                                Sidney G. Leech