IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOANNE CANNIZZARO, | ) |
| | ) |
|       *Plaintiff,* | ) |
| | )   Case No. 1:06CV01349 |
| v. | )   Judge John D. Bates |
| | ) |
| ELI LILLY AND COMPANY, *et al.*, | ) |
| | ) |
|       *Defendants.* | ) |

## NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Elizabeth Ewert as counsel in this case for Defendant Ortho-McNeil Pharmaceutical, Inc. (sued herein as Ortho-McNeil Labs, Inc.).

I certify that the above-named counsel are admitted to practice in this Court.

Respectfully submitted,

By:___/s/_____
Elizabeth Ewert (#479368)
DRINKER BIDDLE & REATH LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005-1209
Telephone: 202/842-8800
Telecopier: 202/842-8465

Dated: August 8, 2006

DC\574444\1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of August, 2006, a copy of the above and foregoing **Defendant Ortho McNeil Pharmaceutical, Inc. Notice of Appearance** was filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case.

/s/ Elizabeth Ewert
Elizabeth Ewert