IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOANNE CANNIZZARO, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) Case No. 1:06CV01349 (JDB) |
| v. | ) |
| | ) |
| ELI LILLY AND COMPANY, *et al.,* | ) |
| | ) |
| *Defendants.* | ) |

## DEFENDANT ORTHO-MCNEIL PHARMACEUTICAL, INC.'S CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned, counsel of record for Defendant Ortho-McNeil Pharmaceutical, Inc. ("Ortho-McNeil") (sued herein as "McNeil Labs, Inc."), certify that to the best of my knowledge and belief, Ortho-McNeil has the following parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public:

- Johnson & Johnson

This representation is made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

By: ___/s/ Elizabeth Ewert___
Elizabeth Ewert (#479368)
DRINKER BIDDLE & REATH LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005-1209
Telephone: 202/842-8800
Telecopier: 202/842-8465

Dated: August 8, 2006

DC\574433\1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of August, 2006, a copy of the above and foregoing **Defendant Ortho McNeil Pharmaceutical, Inc. 's Certificate Required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia** was filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case.

/s/ Elizabeth Ewert
Elizabeth Ewert