**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **JOANNE CANNIZZARO** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.: 06 1349 (JDB)** |
| | ) | |
| **ELI LILLY AND COMPANY, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

## NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Harold M. Walter as counsel in this case for

Defendant Elan Pharmaceuticals, Inc. f/k/a Carnrick Laboratories, Inc.

I certify that the above-named counsel is admitted to practice in this Court.

Respectfully submitted,


_____/s/_____
Harold M. Walter, Bar No. MD03387
Tydings & Rosenberg LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland 21202
(410) 752-9700

***Attorneys for Elan Pharmaceuticals, Inc.***
***f/k/a Carnrick Laboratories, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of August, 2006, a copy of defendant Elan

Pharmaceuticals, Inc. f/k/a Carnrick Laboratories, Inc.'s Notice of Entry of Appearance

was served via first class mail, postage pre-paid to:

Aaron M. Levine, Esquire
Aaron M. Levine & Associates
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036
***Attorneys for Plaintiffs***

Michelle R. Mangrum, Esquire
John Chadwick Coots, Esquire
Emily J. Laird, Esquire
Shook, Hardy & Bacon, LLP
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004
and
David W. Brooks, Esquire
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, Missouri 64108
***Attorneys for Eli Lilly & Co.***

Sidney G. Leech, Esquire
Goodell, DeVries, Leech & Dann LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
***Attorneys for Bristol-Myers Squibb, Co.***

Elizabeth Ewert, Esquire
Drinker Biddle & Reath LLP
1500 K Street, N.W., Suite 110
Washington, D.C. 20005-1209
***Attorneys for Merck & Company, Inc.,
Ortho-McNeil Pharmaceutical, Inc. and
Pharmacia & Upjohn Co.***

Jennifer Gardner Levy, Esquire
Kirkland & Ellis
655 15th Street, N.W. Suite 1200
Washington, D.C. 20005
***Attorneys for Abbot Laboratories, Inc.***

John F. Anderson, Esquire
Troutman Sanders LLP
1660 International Drive, Suite 600
McLean, VA 22102
***Attorneys for Dart Industries, Inc.***

Janet Coleman, Esquire
Whitney & Bogris, LLEP
201 Washington Avenue, 12th Floor
Towson, Maryland 21204
***Attorneys for GlaxoSmithKline, Inc.***

Aaron M. Bailey
Goodwin Proctor LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
***Attorneys for Premo Pharmaceutical
Laboratories, Inc.***

#533787v.1

Sean C.E. McDonough
David D. Hudgins
Hudgins Law Firm
515 King Street, Suite 400
Alexandria, VA 22314
**Attorneys for Person & Covey, Inc.**

GlaxoSmithKline, Inc.
A duccessor to S.E. Massengill and
Burroughs-Willcome Co.,
1500 K Street, NW
Washington, D.C. 20036
**Defendant**


_____/s/_____
Harold M. Walter

#533787v.1