**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **JOANNE CANNIZZARO** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No.: 06 1349 (JDB)** |
| | ) | |
| **ELI LILLY AND COMPANY, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**DEFENDANT ELAN PHARMACEUTICALS, INC.'S
<u>CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES</u>**

I, the undersigned, counsel of record for Defendant Elan Pharmaceuticals, Inc. f/k/a

Carnrick Laboratories, Inc. ("Elan"), certify that to the best of my knowledge and belief, the

following are parent companies, subsidiaries or affiliates of Elan which have any outstanding

securities in the hands of the public:

Elan Pharmaceuticals, Inc.

This representation is made in order that judges of this court may determine the need for

recusal.

Respectfully submitted,

_____/s/_____
Harold M. Walter, Bar No. MD03387
Tydings & Rosenberg LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland 21202
(410) 752-9700

***Attorneys for Elan Pharmaceuticals, Inc. f/k/a
Carnrick Laboratories, Inc.***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of August 2006, a copy of the foregoing was served via first class mail, postage pre-paid to:

Aaron M. Levine, Esquire
Aaron M. Levine & Associates
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036
***Attorneys for Plaintiffs***

Michelle R. Mangrum, Esquire
John Chadwick Coots, Esquire
Emily J. Laird, Esquire
Shook, Hardy & Bacon, LLP
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004
and
David W. Brooks, Esquire
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, Missouri 64108
***Attorneys for Eli Lilly & Co.***

Sidney G. Leech, Esquire
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
***Attorneys for Bristol-Myers Squibb, Co.***

Elizabeth Ewert, Esquire
Drinker Biddle & Reath LLP
1500 K Street, N.W., Suite 110
Washington, D.C. 20005-1209
***Attorneys for Merck & Company, Inc., Ortho-McNeil Pharmaceutical, Inc. and Pharmacia & Upjohn Co.***

Jennifer Gardner Levy, Esquire
Kirkland & Ellis
655 15th Street, N.W. Suite 1200
Washington, D.C. 20005
***Attorneys for Abbot Laboratories, Inc.***

John F. Anderson, Esquire
Troutman Sanders LLP
1660 International Drive, Suite 600
McLean, VA 22102
***Attorneys for Dart Industries, Inc.***

Janet Coleman, Esquire
Whitney & Bogris, LLEP
201 Washington Avenue, 12th Floor
Towson, Maryland 21204
***Attorneys for GlaxoSmithKline, Inc.***

Aaron M. Bailey
Goodwin Proctor LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
***Attorneys for Premo Pharmaceutical Laboratories, Inc.***

Sean C.E. McDonough                    GlaxoSmithKline, Inc.
David D. Hudgins                       A duccessor to S.E. Massengill and
Hudgins Law Firm                       Burroughs-Willcome Co.,
515 King Street, Suite 400             1500 K Street, NW
Alexandria, VA 22314                   Washington, D.C. 20036
***Attorneys for Person & Covey, Inc.***   ***Defendant***


_____/s/_____
Harold  M. Walter