THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOANNE CANNIZZARO,** ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:06-cv-01349-RMU |
| ) | |
| vs. ) | |
| ) | |
| **ELI LILLY AND COMPANY, et al.,** ) | |
| ) | |
| **Defendants**. ) | |

### DEFENDANT ELI LILLY AND COMPANY'S
### CERTIFICATE REGARDING SERVICE OF STANDING ORDER

Pursuant to paragraph 1 of the Court's August 28, 2006 Standing Order issued in the above-captioned matter, the undersigned counsel for Defendant Eli Lilly and Company hereby certifies that a true and accurate copy of the August 28, 2006 Standing Order, attached hereto as Exhibit A, was served upon all counsel of record in this matter on this 29th day of August, 2006.

Respectfully submitted,

  /s/ John Chadwick Coots
John Chadwick Coots, D.C. Bar No. 461979
SHOOK, HARDY & BACON, L.L.P
600 14TH Street, N.W., Suite 800
Washington, DC  20005-2004
Phone: (202) 783-8400
Fax: (202) 783-4211
E-mail:  jcoots@shb.com

and

133473v1

- 2 -

David W. Brooks
John F. Kuckelman
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Blvd.
Kansas City, Missouri  64108
Phone: (816) 474-6550
Fax: (816) 421-5547


**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**

- 2 -

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that true and accurate copies of the foregoing, including the referenced exhibit, were electronically filed with the Clerk of the Court using the CM/ECF system, this 29th day of August, 2006, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron M. Levine & Associates
1320 19th Street, N.W., Suite 500
Washington, D.C.  20036

**Attorneys for Plaintiff**

Sidney G. Leech
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD  21202

**Attorneys for Bristol Myers Squibb Company**

Elizabeth Ewert
Drinker Biddle & Reath, LLP
1500 K Street NW, Suite 1100
Washington, DC  20005

**Attorneys for Merck & Company, Pharmacia and Upjohn Company and Ortho-McNeil Pharmaceuticals, Inc.**

John F. Anderson
Troutman Sanders, LLP
1660 International Drive, Suite 600
McLean, VA  22102

**Attorneys for Dart Industries, Inc.**

Janet K. Coleman
Whitney & Bogris, LLP
401 Washington Avenue, 12th Floor
Towson, MD  21204

**Attorneys for GlaxoSmithKline, Inc.**

Aaron M. Bailey
Goodwin & Proctor, LLP
901 New York Avenue, NW, Suite 900
Washington, D.C.  20001

**Attorneys for Premo Pharmaceutical Laboratories, Inc.**

Sean C.E. McDonough
David D. Hudgins
Hudgins Law Firm
515 King Street, Suite 400
Alexandria, VA  22314

**Attorneys for Person & Covey, Inc.**

Jennifer G. Levy
Kirkland & Ellis, LLP
655 15th Street NW, Suite 1200
Washington, DC  20005-5793

**Attorneys for Abbott Laboratories, Inc.**

Harold M. Walter
Tydings & Rosenberg, LLP
100 East Pratt Street, Suite 2600
Baltimore, MD  21202

**Attorneys for Elan Pharmaceuticals**

- 4 -

    /s/ John Chadwick Coots
John Chadwick Coots

**ATTORNEY FOR DEFENDANT
ELI LILLY AND COMPANY**

- 4 -

133473v1