UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOANNE CANNIZZARO,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>ELI LILLY AND CO., BRISTOL-MYERS )<br>SQUIBB CO., MERCK & CO., INC.,  )<br>DART INDUSTRIES, PHARMACIA and )<br>UPJOHN COMPANY, PERSON & )<br>COVEY,INC., ORTHO MCNEIL LABS, )<br>INC., ELAN PHARMACEUTICALS, )<br>GLAXOSMITHKLINE, INC., PREMO )<br>PHARMACEUTICAL LABORATORIES, )<br>INC., and ABBOTT LABORATORIES, )<br>100 Abbott Park Road, Abbott Park, )<br>Illinois 60064-3500,  )<br>)<br>Defendants.  )  | CIVIL ACTION NO.: 06 1349 |

**NOTICE OF DISMISSAL**
**OF DEFENDANT ABBOTT LABORATORIES**

Pursuant to Fed. R. Civ. P. 41(a)(1), the Clerk of said Court will please note that Plaintiff has voluntarily dismissed all her claims against Abbott Laboratories in the above-referenced action with prejudice.

Date: October 31, 2006          Respectfully Submitted,


 /s/ Aaron M. Levine
Aaron M. Levine
D.C. Bar No: 7864
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036
202-833-8040

Counsel for Plaintiff