IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOANNE CANNIZZARO ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 06 1349 (JDB) |
| ) | |
| ELI LILLY AND COMPANY, et al. ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Jaime W. Luse of Tydings & Rosenberg LLP, as counsel in this case for Defendant Elan Pharmaceuticals, Inc. f/k/a Carnrick Laboratories, Inc.

The above-named counsel is admitted to practice in this Court.

___/s/_____
Jaime W. Luse, Bar No. 501944
Tydings & Rosenberg LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland  21202
410-752-9700 - telephone
410-727-5461 - facsimile

*Attorneys for Defendant,*
*Elan Pharmaceuticals, Inc. f/k/a*
*Carnrick Laboratories, Inc.*

#533787v.1