IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOANNE CANNIZZARO, | ) |
| *Plaintiff*, | ) ) ) |
| | ) Case No. 1:06CV01349 |
| v. | ) Judge John D. Bates |
| | ) |
| ELI LILLY AND COMPANY, *et al.*, | ) ) ) |
| *Defendants.* | ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Joanne Cannizzaro ("Plaintiff"), and Defendant Ortho-McNeil Pharmaceutical, Inc. (hereinafter "Ortho-McNeil"), have reached a confidential settlement of the above-captioned case, and as part of the terms of the settlement, the parties have agreed to the dismissal with prejudice of the above-captioned case in its entirety as to Defendant Ortho-McNeil. Further, Plaintiff and Defendant Ortho-McNeil have agreed that Plaintiff and Defendant Ortho-McNeil will bear separately all attorneys' fees and costs arising from the actions of their respective counsel in connection with the above-referenced matter.

WHEREFORE, Plaintiff and Defendant Ortho-McNeil, through their respective counsel, jointly move this Court to dismiss the above-captioned case with prejudice as to Ortho-McNeil each party to bear its own attorneys' fees and costs.

Respectfully submitted,

| AARON M. LEVINE & ASSOCIATES | DRINKER BIDDLE & REATH, LLP |
|---|---|
| By: *(signature)* | By: *(signature)* |
| Aaron M. Levine (#7864) | Elizabeth Ewert (#479368) |
| 1320 - 19th Street, N.W., Suite 500 | 1500 K Street, N.W., Suite 1100 |
| Washington, D.C. 20036 | Washington, D.C. 20005-1209 |
| Telephone: 202/833-8040 | Telephone: 202/842-8800 |
| *Counsel for Plaintiffs* | *Counsel for Defendant Ortho-McNeil Pharmaceutical, Inc.* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of March, 2007, a copy of the foregoing **Stipulation of Dismissal with Prejudice** was filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case.

/s/ Elizabeth Ewert
Elizabeth Ewert