THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOANNE CANNIZZARO,

    Plaintiff,

v().

ELI LILLY AND COMPANY, et al.,

    Defendants.

Case No. 1:06cv01349
Judge Ricardo Urbina

## PRAECIPE OF DISMISSAL OF DEFENDANT PERSON & COVEY, INC. ONLY WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure it is hereby stipulated by the undersigned, the attorneys of record in the above-titled action that any and all claims asserted by Plaintiff Joanne Cannizzaro in the above entitled action are dismissed as to Defendant Person & Covey, Inc. with prejudice and without costs to either party as against the other. All claims against any remaining defendants remain open.

JOANNE CANNIZZARO

Dated: 12/18/06

Aaron M. Levine (#7864)
AARON M. LEVINE & ASSOCIATES
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036
Telephone: 202-833-8040
*Counsel for Plaintiff*

Dated: 12/18/06

PERSON & COVEY, INC.

_____
Sean C.E. McDonough (#438599)
HUDGINS LAW FIRM
515 King Street, Suite 400
Alexandria, VA 22314
Telephone: 703-739-3300
*Counsel for Person & Covey, Inc.*

2