IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOANNE CANNIZZARO, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | Case No. 1:06CV01349 (JDB) |
| v. ) | Judge John D. Bates |
| ) | |
| ELI LILLY AND COMPANY, *et al.*, ) | |
| ) | |
| ) | |
| *Defendants.* ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Joanne Cannizzaro ("Plaintiff"), and Defendant Pharmacia & Upjohn Company LLC (hereinafter "Upjohn"), have reached a confidential settlement of the above-captioned case, and as part of the terms of the settlement, the parties have agreed to the dismissal with prejudice of the above-captioned case in its entirety as to Defendant Upjohn. Further, Plaintiff and Defendant Upjohn have agreed that Plaintiff and Defendant Upjohn will bear separately all attorneys' fees and costs arising from the actions of their respective counsel in connection with the above-referenced matter.

WHEREFORE, Plaintiff and Defendant Upjohn, through their respective counsel, jointly move this Court to dismiss the above-captioned case with prejudice as to Upjohn each party to bear its own attorneys' fees and costs.

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES                     DRINKER BIDDLE & REATH, LLP

By: _____                    By: _____
Aaron M. Levine (#7864)                          Elizabeth Ewert (#479368)
1320 - 19th Street, N.W., Suite 500              1500 K Street, N.W., Suite 1100
Washington, D.C. 20036                           Washington, D.C. 20005-1209
Telephone: 202/833-8040                          Telephone: 202/842-8800
*Counsel for Plaintiffs*                         *Counsel for Defendant Pharmacia &*
                                                 *Upjohn Company LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of March, 2007, a copy of the foregoing **Stipulation of Dismissal with Prejudice** was filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case.

/s/ Elizabeth Ewert
Elizabeth Ewert