IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOANNE CANNIZZARO, | ) |
| *Plaintiff*, | ) ) ) ) Case No. 1:06CV01349 (JDB) |
| v. | ) Judge John D. Bates |
| ELI LILLY AND COMPANY, *et al.*, | ) ) ) ) |
| *Defendants*. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Joanne Cannizzaro ("Plaintiff"), and Defendant Merck & Co., Inc. ("Merck") have reached a confidential settlement of the above-captioned case, and as part of the terms of the settlement, the parties have agreed to the dismissal with prejudice of the above-captioned case in its entirety as to Defendant Merck. Further, Plaintiff and Defendant Merck have agreed that Plaintiff and Defendant Merck will bear separately all attorneys' fees and costs arising from the actions of their respective counsel in connection with the above-referenced matter.

WHEREFORE, Plaintiff and Defendant Merck, through their respective counsel, jointly move this Court to dismiss the above-captioned case with prejudice as to Merck each party to bear its own attorneys' fees and costs.

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES

By: _____
Aaron M. Levine (#7864)
1320 - 19th Street, N.W., Suite 500
Washington, D.C. 20036
Telephone: 202/833-8040

DRINKER BIDDLE & REATH, LLP

By: _____
Elizabeth Ewert (#479368)
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005-1209
Telephone: 202/842-8800
*Counsel for Defendant Merck & Co., Inc.*