UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOANNE CANNIZZARO,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ELI LILLY AND COMPANY, ET AL.,<br><br>　　　　Defendants. | Civil Action No. 1: 06-CV-01349-RMU |

## NOTICE OF SUBSTITUTION OF COUNSEL

TO THE CLERK OF THE ABOVE-NAMED COURT:

The Court will please enter the appearance of **Sarah S. Keast, Esq.** (# 493632) as counsel for the Defendant Premo Pharmaceutical Laboratories, Inc., in the above-captioned matter. I certify that I am admitted to practice in this court. In addition, please withdraw the appearance of **Aaron M. Bailey, Esq.** as attorney for the Defendant, Premo Pharmaceutical Laboratories, Inc.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Sarah S. Keast
　　　　　　　　　　　　　　　　Sarah S. Keast (#493632)
　　　　　　　　　　　　　　　　GOODWIN PROCTER LLP
　　　　　　　　　　　　　　　　901 New York Avenue, N.W.
　　　　　　　　　　　　　　　　Washington, DC  20001
　　　　　　　　　　　　　　　　(202) 346-4000
　　　　　　　　　　　　　　　　(202) 346-4444 (fax)
　　　　　　　　　　　　　　　　skeast@goodwinprocter.com
　　　　　　　　　　　　　　　　*Attorneys for Defendant,*
　　　　　　　　　　　　　　　　*Premo Pharmaceutical Laboratories, Inc.*

<u>Of Counsel</u>:
Christopher J. Garvey
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, New York  10022
(212) 813-8800
(212) 355-3333 (fax)


Dated:  May 16, 2007


LIBW/1628569.1

-2-