UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| JOANNE CANNIZZARO, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:06cv01349 |
| | ) | |
| v. | ) | Judge Ricardo M. Urbina |
| | ) | |
| ELI LILLY AND COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION DISMISSING
## DART INDUSTRIES, INC. WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the

undersigned attorneys for the plaintiff Joanne Cannizzaro and defendant Dart

Industries, Inc. (formerly known as Rexall Drug Company), that the above-

entitled action be dismissed with prejudice as against Dart Industries, Inc. and

without costs to any party hereto as against the other.

STIPULATED AND AGREED TO:

| | |
|---|---|
| Aaron M. Levine | John F. Anderson |
| D.C. Bar # 7864 | D.C. Bar # 393764 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Aaron M. Levine & Associates | Dart Industries, Inc. |
| 1320 19th Street, N.W. | Troutman Sanders LLP |
| Suite 500 | 1660 International Dr., Suite 600 |
| Washington, DC 20036 | McLean, Virginia 22102 |
| (202) 833-8040 | (703) 734-4356 |