IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOANNE CANNIZZARO, ] | |
| ] | |
| Plaintiff, ] | |
| ] | |
| v. ] | Civil Action No.: 06-1349 (RMU) |
| ] | Next Event: Initial Scheduling Conference |
| ELI LILLY AND COMPANY, et al., ] | on August 27, 2007 at 10:15 a.m. |
| ] | |
| Defendants. ] | |

**[PROPOSED] SCHEDULING ORDER**

The parties suggest the following schedule:

September 26, 2007:   Deadline for serving discovery requests.

November 26, 2007:   Deadline for plaintiff to designate experts and provide expert reports, pursuant to Rule 26(a)(2).

January 25, 2008:   Deadline for defendant to designate experts and provide expert reports, pursuant to Rule 26(a)(2).

March 26, 2008:   All Discovery Closed. The parties agree that experts may be deposed until the close of discovery.

April 25, 2008:   Deadline for filing Dispositive Motions.

June 2008:   Pre-Trial Conference.

*N.B.   In addition, Defendant Lilly proposes September 10, 2007 as the deadline for joinder or amending the pleadings.*

DATED: _____        _____
                                                                                RICARDO M. URBINA
                                                                                United States District Judge

|  |  |
|---|---|
|  | Respectfully submitted, |
| AARON M. LEVINE & ASSOCIATES | SHOOK, HARDY & BACON, L.L.P. |
| /s/ Aaron M. Levine | /s/ John Chadwick Coots (by permission-rm) |
| AARON M. LEVINE, #7864 | JOHN CHADWICK COOTS, #461979 |
| 1320 19th Street, N.W., Suite 500 | 600 14th Street, N.W., Suite 800 |
| Washington, DC 20036 | Washington, DC 20005-2004 |
| 202/833-8040 | 202-223-1200 |
| Counsel for Plaintiff | and |
|  | David W. Brooks, Esq. |
|  | Jonathan H. Gregor, Esq. |
|  | SHOOK, HARDY & BACON, L.L.P. |
|  | 2555 Grand Boulevard |
|  | Kansas City, MO 64108 |
|  | 816-474-6550 |
|  | Fax: 816-421-5547 |
|  | Counsel for Defendant Eli Lilly and Company |
|  | GOODELL, DEVRIES, LEECH & DANN, LLP |
|  | /s/ Sidney G. Leech (by permission-rm |
|  | SIDNEY G. LEECH, #359071 |
|  | One South Street, 20th Floor |
|  | Baltimore, MD 21202 |
|  | 410-783-4000 |
|  | Counsel for Defendant Bristol-Myers Squibb |
|  | GOODWIN PROCTER LLP |
|  | /s/ Sarah S. Keast (by permission-rm) |
|  | SARAH S. KEAST, #493632 |
|  | 901 New York Avenue, N.W. |
|  | Washington, DC 20001 |
|  | 202-346-4000 |
|  | Counsel for Defendant Premo Pharmaceutical Laboratories, Inc. |

WHITNEY & BOGRIS, LLP

/s Janet K. Coleman (by permission-rm)
JANET K. COLEMAN, #497902
401 Washington Avenue, Twelfth Floor
Towson, MD   21204
410-583-8000

Counsel for Defendant SmithKline Beecham
    Corporation d/b/a GlaxoSmithKline

Dated: August 7, 2007