IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOANNE CANNIZZARO, | ) |
| | ) |
| Plaintiff, | )  Civil Action No.: 06-CV-1349 |
| | )  (RMU) |
| v. | ) |
| | ) |
| ELI LILLY AND COMPANY, et al. | ) |
| | ) |
| Defendants. | ) |

**STIPULATION OF AND MOTION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41 of the Superior Court Rules of Civil Procedure, it is hereby stipulated by the undersigned the attorneys of record in the above-captioned action that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of this action, that any and all claims asserted by Plaintiff Joanne Cannizzaro in the above-captioned action are dismissed as to Defendant Élan Pharmaceuticals, Inc. f/k/a Carnrick Laboratories, Inc., with prejudice and without costs to either party as against the other.

Dated: Washington, D.C.
       August __, 2007

_____
Aaron M. Levine, D.C. Bar No. 7864
Brandon J. Levine, D.C. Bar No. 41230
Renee L. Robinson-Meyer, D.C. Bar No. 455375
Steve Lewis, D.C. Bar No. 472564
Aaron M. Levine & Associates
1320 Nineteenth Street, N.W. – Fifth Floor
Washington, D.C. 20036

Counsel for Plaintiff

_____
Jamie Walker Luse, D.C. Bar No. 501944
Tydings & Rosenberg LLP
100 East Pratt Street
Baltimore, Maryland 21202
(410) 752-7900

Counsel for Defendant Élan Pharmaceuticals, Inc.,
f/k/a Carnrick Laboratories, Inc.

So Ordered:

Dated: _____, 2007   _____
United States District Court Judge

241616.1