IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOANNE CANNIZZARO | * | |
| Plaintiff | * | Civil Action No.: 1:06-CV-1349 (RMU) |
| v. | * | |
| ELI LILLY & COMPANY, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

## PRAECIPE OF DISMISSAL WITH PREJUDICE

Mr. Clerk:

Please be advised that the Plaintiff in the above-captioned case, acting through her counsel, Aaron M. Levine & Associates, P.A., and the Defendant, Bristol-Myers Squibb Company, acting through its attorneys, Sidney G. Leech and Goodell, DeVries, Leech & Dann, LLP, have reached a settlement in the above-captioned case. These parties agree to the dismissal "with prejudice" of the above-captioned case as to the Defendant, Bristol-Myer Squibb Company only.

| | |
|---|---|
| _____ | _____ |
| Aaron M. Levine (D.C. Bar No. 7864) | Sidney G. Leech (D.C. Bar No. 359071) |
| Aaron M. Levine & Associates, P.A. | Goodell, DeVries, Leech & Dann, LLP |
| 1320 19th Street, N.W., Suite 500 | One South Street, 20th Floor |
| Washington, D.C. 20036 | Baltimore, Maryland 21202 |
| (202) 833-8040 | (410) 783-4000 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant,* |
| | *Bristol-Myers Squibb Company* |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of ~~August,~~ September 2007, a copy of the foregoing Praecipe of Dismissal With Prejudice was mailed via first-class mail, postage prepaid, to:

Aaron M. Levine, Esquire
Aaron M. Levine & Associates, P.A.
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036; *Attorney for Plaintiffs*

Judith L. O'Grady, Esquire
Shook, Hardy & Bacon, LLP
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004

Jonathan H. Gregor, Esquire
Shook, Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, Missouri 64108 ; *Attorneys for Eli Lilly and Company*

Elizabeth Ewert, Esquire
Drinker, Biddle Reath, LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005-1209; *Attorneys for Defendants Pharmacia and Upjohn Company and Merck & Company*

John F. Anderson, Esquire
Troutman Sanders, LLP
1660 International Drive
Suite 600, Tysons Corner
McLean, Virginia 22102; *Attorneys for Dart Industries, Inc.*

Aaron M. Bailey, Esquire
Goodwin Proctor, LLP
911 New York Avenue, Suite 900
Washington, D.C. 20001 ; *Attorneys for Premo Pharmaceutical Laboratories, Inc.*

Jaime W. Luse, Esquire
Tydings & Rosenberg, LLP
100 East Pratt Street, Suite 2600
Baltimore, Maryland 21202; *Attorneys for Elan Pharmaceuticals*

Janet K. Coleman, Esquire
Whitney & Bogris, LLP
401 Washington Avenue, 12th Floor
Towson, Maryland 21204; *Attorneys for GlaxoSmithKline, Inc.*

David D. Hudgins, Esquire
Hudgins Law Firm
515 King Street, Suite 400
Alexandria, Virginia 22314; *Attorneys for Person & Covey, Inc.*

Sidney G. Leech