UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOANNE CANNIZZARO | * |
| Plaintiff, | * Civil Action No. 06-1349 (RMU) |
| v. | * |
| ELI LILLY AND COMPANY, et al. | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \*

### STIPULATION OF DISMISSAL OF GLAXOSMITHKLINE

Plaintiff Joanne Cannizzaro and GlaxoSmithKline ("GSK"), one of the defendants, by their respective undersigned counsel, hereby stipulate that the Complaint filed by Joanne Cannizzaro against GSK is dismissed with prejudice as to GSK and without costs to either party.

_____
Janet K. Coleman
WHITNEY & BOGRIS, LLP
401 Washington Avenue
Towson, MD 21204

**Attorneys for SMITHKLINE BEECHAM
CORPORATION d/b/a GLAXOSMITHKLINE**

_____
Aaron M. Levine
Aaron M. Levine & Associates, P.A.
1320 19th Street., N.W., Suite 500
Washington, D.C. 20036

**Attorneys for Plaintiff**