## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOANNE CANNIZZARO, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:06-cv-01349-RMU |
| | ) | |
| vs. | ) | |
| | ) | |
| ELI LILLY AND COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that counsel for defendant Eli Lilly and Company ("Lilly") hereby withdraw the appearance of Emily Laird. Ms. Laird is in the process of relocating to Seattle, Washington and has therefore left Shook, Hardy & Bacon, LLP. The law firm of Shook, Hardy & Bacon, LLP, and all other attorneys from that firm who have been admitted *pro hac vice* or otherwise entered their appearances in this case, will remain as counsel for Lilly in this matter. No trial date has been set in this matter and Lilly has consented to the withdrawal.

Respectfully Submitted,

SHOOK, HARDY & BACON L.L.P.

By: _s/Michelle R. Mangrum_
Michelle R. Mangrum, D.C. Bar No. 473634
SHOOK, HARDY & BACON L.L.P.
600 14th Street, N.W., Suite 800
Washington, DC 20005
Tel: (202) 783-8400
Fax: (202) 783-4211

**ATTORNEYS FOR DEFENDANT**
**ELI LILLY AND COMPANY**

145442v1

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 4th day of February 2008, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron M. Levine & Associates
1320 19th Street, N.W., Suite 500
Washington, D.C.  20036

**Attorneys for Plaintiff**

Sarah Keast
Goodwin & Proctor, LLP
901 New York Avenue, NW, Suite 900
Washington, D.C.  20001

**Attorneys for Premo Pharmaceutical
Laboratories, Inc.**

 s/Michelle R. Mangrum
**ATTORNEY FOR DEFENDANT
ELI LILLY AND COMPANY**

2

145442v1