UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

|  |  |
|---|---|
| JOANNE CANNIZZARO | : |
| Plaintiff, | : Civil Action No. 06-1349-(RMU) |
| v. | : Judge Ricardo M. Urbina |
| ELI LILLY AND COMPANY, et al. | : |
| Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

### STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT PREMO PHARMACEUTICAL LABORATORIES, INC.

The parties, Plaintiff, Joanne Cannizzaro, through her undersigned counsel, Aaron M. Levine of Aaron M. Levine & Associates, and Defendant, Premo Pharmaceutical Laboratories, Inc., by its undersigned counsel, Jordan D. Weiss, of Goodwin Procter LLP, hereby stipulate that Plaintiff's claims against Premo Pharmaceutical Laboratories, Inc., only, may and shall be dismissed with prejudice, with each party bearing their own costs, expenses, and attorney's fees.

Respectfully submitted,

_____
Aaron M. Levine
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036
(202) 833-8040
*Attorneys for Plaintiff*
*Joanne Cannizzaro*

_____
Jordan D. Weiss (JW 2517)
Goodwin|Procter LLP
599 Lexington Avenue.
(212) 459-7227
*Attorneys for Defendant*
*Premo Pharmaceutical Laboratories, Inc.*

LIBNY/4657289.1