IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOANNE CANNIZZARO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No.: 1:06-cv-1349(RMU) ) |
| ELI LILLY AND COMPANY, ET AL. | ) ) ) |
| Defendants. | ) ) |

## JOINT STIPULATION AND MOTION TO DISMISS WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(ii), plaintiff Joanne Cannizzaro and defendant Eli Lilly and Company ("Lilly"), by and through their designated counsel, hereby stipulate and agree that this action be dismissed with prejudice with each party to bear its own costs.

WHEREFORE, the parties respectfully request that this Court enter the attached Order of Dismissal with Prejudice and grant such other relief as the Court may deem just and proper.

Respectfully Submitted,

| | |
|---|---|
| AARON LEVINE & ASSOCIATES | SHOOK, HARDY & BACON, L.L.P. |
| /s/ Aaron M. Levine (by permission MRM) | /s/ Michelle R. Mangrum |
| Aaron M. Levine, D.C. Bar No. 7864 | Michelle R. Mangrum, D.C. Bar No. 473634 |
| AARON LEVINE & ASSOCIATES | John Chadwick Coots, D.C. Bar No. 461979 |
| 1320 19th St., N.W., Suite 500 | SHOOK, HARDY & BACON, L.L.P. |
| Washington, D.C. 20036 | 600 14th Street, N.W., Suite 800 |
| (202) 833-8040 Telephone | Washington, D.C. 20005-2004 |
| (202) 833-8046 Facsimile | (202) 783-8400 Telephone |
| | (202) 783-4211 Facsimile |
| **ATTORNEYS FOR PLAINTIFF** | |
| | **ATTORNEYS FOR DEFENDANT ELI LILLY AND COMPANY** |

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOANNE CANNIZZARO,  <br><br>Plaintiff,  <br><br>v.  <br><br>ELI LILLY AND COMPANY, ET AL.  <br><br>Defendants. | Civil Action No.: 1:06-cv-1349(RMU) |

## ORDER OF DISMISSAL WITH PREJUDICE

This matter came before the Court upon plaintiff Joanne Cannizzaro's and defendant Eli Lilly and Company's ("Lilly") Stipulation and Motion to Dismiss with Prejudice. Based upon the parties' stipulation, which has been agreed to and signed by counsel for plaintiff and Lilly, and pursuant to FED. R. CIV. P. 41(a)(1)(ii):

IT IS HEREBY ORDERED THAT this action is dismissed with prejudice, with each party to bear its own costs.

Dated this _____ day of _____, 2008.

_____
United States District Judge

cc:    Appended list of counsel of record

1

2929653v1

2

## COUNSEL OF RECORD

Aaron M. Levine, Esq.
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036
**Attorneys for Plaintiff**

Michelle R. Mangrum, Esq.
John Chadwick Coots, Esq.
Shook, Hardy & Bacon, L.L.P.
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004
**Attorneys for Defendant**
**Eli Lilly and Company**

2

2929653v1

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and accurate copy of the foregoing **Stipulation and Motion to Dismiss with Prejudice and Order of Dismissal** was electronically filed with the Clerk of the Court using the CM/ECF system, this 2nd day of May, 2008, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036
**Attorneys for Plaintiff**

                                                  /s/ Michelle R. Mangrum
                                                  **ATTORNEY FOR DEFENDANT**
                                                  **ELI LILLY AND COMPANY**

2929658v1